No. 95–6921.  REID v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–6922.  BURNS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–6924.  CHAPEL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–6926.  GREGORIO MARTINEZ, AKA MARTINEZ ESTRADA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–6933.  HARVILCHUCK v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–6935.  HUMPHREY v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 95–6936.  HILL v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 95–6938.  SHEFFEY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–6940.  ONYEJEKWE v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 95–6942.  McKOY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–6945.  CRAWFORD v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–6948.  CHAVEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–6949.  LEON-LEON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–6953.  GRESHAM v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–6954.  GOMEZ-QUINCENO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–6956.  EVANS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.